IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **C.F.,** | ) CIVIL ACTION NUMBER |
| | ) 2:22-CV-529 |
| **Plaintiff.** | ) |
| | ) |
| vs. | ) |
| | ) |
| **NANCY BUCKNER, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION FOR DISMISSAL

Comes now the parties by and through their attorneys of record and makes this JOINT STIPULATION FOR DISMISSAL pursuant to Fed.R.Civ.P. 41(a)(1)(A):

1. The parties have resolved all issues and claims and jointly move this Honorable Court to enter an Order dismissing this action with prejudice.

Respectfully submitted,

S/James V. Green, Jr.
JAMES V. GREEN, JR. (GRE019)
Attorney for Plaintiff

*/s/ Felicia M. Brooks*
Felicia M. Brooks (BRO153)
Chief Legal Counsel

*/s/ Elizabeth L. Hendrix*
Elizabeth L. Hendrix (Hen069)
Attorney for Defendants

OF COUNSEL:
**JAMES V. GREEN, JR., P.C.**
P. O. Box 878
Alabaster, Alabama 35007
(205) 621-0301

1